UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

AURELIO CAMPOS,
Institutional ID No. 01077882

               Plaintiff,

v.

No. 1:22-CV-00179-H

BRANDON T. PULLIAM, *et al.*,

               Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation

(FCR) that this case should proceed, and the Court should enter a scheduling order as to

Plaintiff's excessive-force claims against Defendants Brandon T. Pulliam, Victor Taylor, Preston

Watts, and Robert Lopez.[1] Dkt. No. 36. No objections were filed. The District Court has

reviewed the FCR for plain error. Finding none, the Court accepts and adopts the findings,

conclusions, and recommendation of the United States Magistrate Judge.

As a result, the Court will enter a separate scheduling order, setting forth dates for

pretrial deadlines and filing dispositive motions.

So ordered.

Dated March 18, 2025.

JAMES WESLEY HENDRIX
United States District Judge

---

[1] In their answers, Defendants asserted several affirmative defenses—including their right to qualified immunity. *See* Dkt. No. 23, 31. However, the Defendants have consented to the entry of a scheduling order governing discovery while reserving their right to assert qualified immunity after discovery has concluded. *Id.*